JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SOVEREIGN SURGICAL HOLDINGS, L.P, a Delaware Limited Partnership,

Plaintiff,

v.

DUAL DIAGNOSIS TREATMENT CENTER, INC., a California Corporation,

Defendant.

Case No. SACV17-597 CJC (AGRx)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Upon consideration of the Stipulation for Dismissal Without Prejudice submitted by the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

(1)     This case is dismissed without prejudice;

(2)     Subject to paragraph (4) below, each party shall bear its own costs and attorneys' fees;

(3)     Before any party initiates future litigation against the other party related to the claims for relief or defenses alleged in this case, the initiating party shall first provide the other party with at least thirty (30) days written notice of its intent to initiate such litigation;

(4)     If either party initiates future litigation against the other party related to

the claims for relief or defenses alleged in this case, the parties shall jointly stipulate to and request a scheduling order from the Court that places them in the same procedural and litigation posture existing at the time this case was dismissed without prejudice, including, without limitation, that: (i) all discovery in any such later-filed litigation is closed; (ii) either party may re-file and set for hearing its currently pending motions for sanctions (ECF Nos. 48, 51); and (iii) the parties may seek an award of costs and fees incurred in this case, including fees and costs incurred before this dismissal.

(5)    All applicable statute(s) of limitation period(s), and any similar deadline for the timely presentation or filing of a claim or defense that was or could have been asserted in this case which, as of the date the case was filed, have not already expired, shall be tolled from the date the case is dismissed without prejudice, up through and including the date any future action is filed by either party against the other.

IT IS SO ORDERED.

Dated: July 26, 2018

Hon. Cormac J. Carney
District Judge

United States District Court for the
Central District of California